```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


IN RE: RICHARD J. & DEBBIE L. CRYSTAL    )
                                         )
U.S. BANK, N.A., ITS SUCCESSORS AND/     )
OR ASSIGNS,                              )
            Creditor,                    )
      vs.                                ) CASE NO. 08B06882
                                         ) JUDGE JOHN H. SQUIRES
RICHARD J. & DEBBIE L. CRYSTAL,          )
                              Debtor     )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Repay/Default Order was entered on June 22, 2009.

    a. Attorney's Fees        $250.00

       Total                      $250.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        U.S. Bank, N.A.,   ITS SUCCESSORS
                                        AND/OR ASSIGNS

                                        <u>/s/Yanick Pollycarpe</u>
                                        Yanick Pollycarpe
                                        ARDC#6237892

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street, Ste. 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088